# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARIAH D VILLASENOR-<br>RODRIGUEZ<br><br>　　　　　Defendant. | Case No. 1:13-cr-00232-BLW-2<br><br>**REPORT AND<br>RECOMMENDATION** |

On February 24, 2014, Defendant Mariah Villasenor-Rodriguez appeared before the undersigned United States Magistrate Judge to enter a plea of guilty pursuant to a written plea agreement. The Defendant executed a waiver of the right to prosecution by Indictment and waiver of the right to have the presiding United States District Judge take her guilty plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Superseding Information (Dkt. 31), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Mariah Villasenor-Rodriguez's plea of guilty to Count One of the Superseding Information (Dkt. 31);

2) The District Court order forfeiture consistent with Defendant Mariah Villasenor-Rodriguez's admission to the Criminal Forfeiture allegation in the Bill of Particulars as to Superseding Information (Dkt. 38); and

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts One, Two, Three, and Five of the Indictment (Dkt. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: February 24, 2014

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE